

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00122-CR

DONALD LEE BLACK                                                          APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

### FROM COUNTY CRIMINAL COURT NO. 5 OF TARRANT COUNTY
### TRIAL COURT NO. 1472182

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Black's Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). Because this court has not yet issued a decision in this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  BIRDWELL, J.; KERR and PITTMAN, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 1, 2018